

Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • F: mail@ipcounselors.com
www.ipcounselors.com

6/8/18

June 7, 2018

**VIA EMAIL**
Hon. Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007
SweetNYSDChambers@nysd.uscourts.gov

      **Re:**   *Intenze Products, Inc. v. 1586, et al.*
            **Case No. 18-cv-4611 (RWS)**
            **Request to Unseal**

Dear Judge Sweet,

      We represent Plaintiff, Intenze Products, Inc. ("Plaintiff" or "Intenze"), in the above-referenced action ("Action").[1] On May 24, 2018, Your Honor issued a Temporary Restraining Order ("TRO"). In accordance with the TRO's terms, Plaintiff served Defendants with the TRO, Summons and Complaint on May 29, 2018.[2] Consequently, Plaintiff respectfully requests that the matter be unsealed at this time.

      We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /s/ Mary Kate Brennan
Mary Kate Brennan (MB 5595)
mbrennan@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*

So ordered
Swee TU SAT
6-8-18

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Complaint or Application.
[2] Plaintiff will promptly file a Certificate of Service when the Action is unsealed.